IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CHRISTOPHER E. FRENCH                                                         PLAINTIFF

vs.                                      Civil No. 1:14-cv-01009

CAROLYN CRAVEN                                                               DEFENDANT
Commissioner, Social Security Administration

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Christopher French ("Plaintiff") brings this action pursuant to § 205(g) of Title II of the

Social Security Act ("The Act"), 42 U.S.C. § 405(g) (2006), seeking judicial review of a final

decision of the Commissioner of the Social Security Administration ("SSA") denying his application

for Supplemental Security Income ("SSI") and a period of disability under Title XVI of the Act.

On April 18, 2014, Defendant filed a Motion to Dismiss based on Plaintiff's failure to timely

file the Complaint.  ECF No. 8.  Plaintiff has not filed a response to this Motion and the time to file

a response has passed.

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), the Honorable Susan O.

Hickey this Motion to the Honorable Barry A. Bryant for the purpose of making a report and

recommendation.  The Court, having reviewed the motion, recommends Defendant's Motion to

Dismiss (ECF No. 8) be **GRANTED**.

**1. Background:**

Defendant filed a Motion to Dismiss alleging Plaintiff's complaint was untimely filed.

Defendant states the complaint was not filed within the statutory time limitation of sixty days

following the Commissioner's notice to Plaintiff that his request for review was denied.  According

1

to Defendant, the Appeals Council denied Plaintiff's request for review on November 29, 2013. ECF No. 8.  Defendant states Plaintiff, therefore, should have commenced his civil action on or before February 3, 2014.  The Complaint in this case was actually filed on February 10, 2014.  ECF. No. 1.

**2. <u>Discussion:</u>**

The only civil action an individual may bring on any claim arising under Title II or Title XVI of the Social Security Act is an action to review the final decision the Commissioner has made after hearing the case.  An individual must commence that action within sixty days after receiving notice of the Commissioner's final decision or within such further time as allowed by the Commissioner. The Commissioner may extend the time for instituting a civil action upon a claimant's request and showing of good cause. *See* 42 U.S.C. 405(g); 20 C.F.R. § 422.210(c).

Plaintiff received  notice the Appeals Council denied his request for review on November 29, 2013.  ECF No. 8-2.  Based on this, Plaintiff should have commenced his civil action on or before February 3, 2014.  This date includes the additional five days for receipt by mail and one additional day to reach the next non-weekend date.  Plaintiff filed his complaint on February 10, 2014.  ECF No. 1.  Plaintiff has made no showing that a request for extending the time to file was sought by Plaintiff in this matter.  Based on this, the Court finds Plaintiff's complaint  was not filed timely and should be dismissed.

**3. <u>Conclusion:</u>**

Accordingly, this Court recommends Defendant's Motion to Dismiss (ECF No. 8) be granted and that Plaintiff's Complaint be dismissed

**The parties have fourteen (14) days from receipt of this Report and Recommendation**

in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.  *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

      **ENTERED** this **9th day of May, 2014.**

                      /s/  Barry A. Bryant
                      HON. BARRY A. BRYANT
                      U. S. MAGISTRATE JUDGE